[No. 5870-7-II.  Division Two.  August 8, 1983.]

*In the Matter of the Marriage of* LARRY R. SMITH, *Respondent, and* SHIRLEY A. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 291735, Waldo F. Stone, J., entered February 6, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.

[No. 5923-1-II.  Division Two.  August 9, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID HARRINGTON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81-1-00149-3, James V. Ramsdell, J., entered October 7, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.

[No. 5812-0-II.  Division Two.  August 9, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD H. WOOLDRIDGE, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. C-929, Carol A. Fuller, J., entered August 20, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 5782-4-II.  Division Two.  August 9, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND E. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 5679, Gerald B. Chamberlin, J., entered July 21, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.